Juanice **GAINES, Petitioner–Appellant,**

v.

**WARDEN OF FCI EDGEFIELD,**
**Respondent–Appellee,**

**and**

**United States of America, Respondent.**

No. 14–6485.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2014.

Decided: June 23, 2014.

Juanice Gaines, Appellant Pro Se.

Before NIEMEYER, MOTZ, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

---

Lightner's subsequent transfer to another fa-
cility moots this claim.

PER CURIAM:

Juanice Gaines, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Gaines v. Warden of FCI Edgefield,* No. 5:13–cv–02678–DCN, 2014 WL 1168938 (D.S.C. Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*